DAVID M. ZANIEL, ESQ.
Nevada Bar No. 7962
RANALLI ZANIEL FOWLER & MORAN, LLP
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
dzaniel@ranallilaw.com
Attorneys for CSAA General Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CSAA GENERAL INSURANCE COMPANY, | |
| Plaintiff, | Case No. 2:22-cv-01251-APG-BNW |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP 41(A)] AND ORDER FOR DISMISSAL** |
| WILLIAM OLSEN, an individual, STEPHANIE OLSEN, an individual, HUGH B. BROWN, III as Parent and legal guardian of T.A.B. a minor. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED under Federal Rule of Civil Procedure 41(a)(1)(ii), by and between Plaintiff, CSAA GENERAL INSURANCE COMPANY, by and through their attorneys of record, DAVID M. ZANIEL, ESQ. of RANALLI, ZANIEL, FOWLER & MORAN, LLC, and Defendant HUGH B. BROWN III, as Parent and Legal Guardian of T.A.B. A MINOR, by and through their attorney of record, MCKAY B. WHITNEY ESQ. of DIMOPOULOS INJURY LAW, that the above-entitled matter be dismissed with prejudice, with each of the parties to bear their own costs and fees.

DATED this 21st day of July 2023.          DATED this 21st day of July 2023.

RANALLI, ZANIEL, FOWLER & MORAN           DIMOPOULOS INJURY LAW

__/s/DavidZaniel_____          __/s/McKay Whitney_____
DAVID M. ZANIEL, ESQ.                     MCKAY B. WHITNEY, ESQ.
Nevada Bar No. 7962                       Nevada Bar No. 12132
50 West Liberty Street, Suite 1050        6671 s. Las Vegas Blvd #275
Reno, Nevada 89501                        Las Vegas, Nevada 89119
Attorney for Plaintiff CSAA               Attorney for Defendant Brown

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED this  24th  day of   July    2023.

_____
UNITED STATES DISTRICT JUDGE